IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    CASE NO. 4:08CR00273 JMM

MOISES MORALES

## ORDER

The government's July 25, 2008 oral motion to dismiss the indictment in the above styled case is granted. The indictment against Moises Morales is dismissed.

IT IS SO ORDERED THIS __25__ day of __July__, 2008.

James M. Moody
United States District Judge